IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:15-cv-05419 <br><br> MDL No. 2545 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br> Simpson v. AbbVie inc. et al. <br> Case Number: 1:15-cv-11827 | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff CLARENCE SIMPSON and counsel for Defendants ABBVIE INC. and ABBOTT LABORATORIES pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

**For the Defendants**
**DECHERT LLP**

By: /s/ David Bernick
David Bernick
Hope S. Freiwald
1095 Avenue of the Americas
New York, New York 10036
david.bernick@dechert.com
hope.freiwald@dechert.com

**For the Plaintiff**
**BRANCH LAW FIRM**

By: _____
Turner W. Branch, Esq.
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505-243-3500 – Telephone
505-243-3534 – Facsimile
tbranch@branchlawfirm.com